No. 75–361. ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS ET AL. *v.* MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. Affirmed on appeal from D. C. N. D. Ill.

No. 75–497. BUSH ET AL. *v.* SEBESTA, SUPERVISOR OF ELECTIONS, ET AL. Affirmed on appeal from D. C. M. D. Fla.

No. 75–5116. BETTS ET AL. *v.* MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Affirmed on appeal from D. C. Vt.